**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒    4th    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐        Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: James M. Swartz     JOINT DEBTOR: Tiffany Swartz    CASE NO.: 15-23941 BKC RBR
Last Four Digits of SS# 1303     Last Four Digits of SS# 2982

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 217.56 for months 1 to 10 ;
    B.    $ 293.81 for months 11 to 47 ;
    C.    $ 452.78 for months 48 to 59 ;
    D.    $ 534.25 for months 60 to 60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 2,625.00 Fees + 150.00 Costs TOTAL PAID $ 1,090.00
                Balance Due $ 1,685.00 payable $ 197.78 /month (Months 1 to 5 )
                                payable $ 139.22 /month (Months 6 to 10 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Total Payoff $ _____
    _____    Payoff Payment $ _____ /month (Months ___ to 60 )
    _____
    Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $ _____
                              Payable $ _____ /month (Months ___ to ___ ) Regular Payment $ _____

Unsecured Creditors: Pay $ 58.56 /month (Months 6 to 10 ), Pay $ 267.10 /month (Months 11 to 47 ), Pay $ 411.62 /month (Months 48 to 59 ), Pay $ 485.68 /month (Months 60 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors will pay Bank of America (Homestead, 1st Mtg, Account #6250), Broward County Records, Taxes and Treasury Division, and Syncb/City Furniture (Home Furnishings, Account #0336) direct and outside the Chapter 13 Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/ _____                      /s/ _____
Debtor                                                              Joint Debtor
Date: 12/15/2015                                     Date: 12/15/2015